No. 00–9879. DUBLIN ET AL. v. UNITED STATES BANKRUPTCY COURT ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9881. CASTRO-ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9903. PHILLIPS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–9906. JONES v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–9917. HARRIS v. COMPTON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–9922. FINLEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–9923. HARRIS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 00–9924. HAWKINS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–9926. HINKSON, AKA WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9930. FERREIRA, AKA GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9940. OLIVARES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9953. GUESS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–9954. BOWMAN v. ELLIS, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 00–9956. CANDELARIO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9958. PAYNE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9961. LEESE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.